IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| PAUL J. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) Civil Action No. |
| Defendant. | ) 5:04-CV-245-C |

**ORDER OVERRULING OBJECTIONS AND ADOPTING**
**THE UNITED STATES MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Plaintiff, Paul J. Brown, pursuant to 42 U.S.C. § 405(g), is appealing a decision of the Commissioner denying his application for supplemental security income benefits. The United States Magistrate Judge entered a Report and Recommendation on September 30, 2005, and Plaintiff has filed his objections to such Report and Recommendation. The Court has made a *de novo* review of the records and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court. It is, therefore,

**ORDERED** that Plaintiff's Objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and numbered cause is dismissed with prejudice.

Dated December 2, 2005.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT